UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
CASE NO.: 13-CV-80060-MARRA/MATTHEWMAN

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) |
| MARK J. HANNA, | ) MOTION FOR ENTRY OF DEFAULT JUDGMENT |
| Defendant. | ) |

The undersigned counsel, on behalf of Plaintiff, the United States of America, moves this Court for entry of default judgment as to defendant, Mark J. Hanna, upon the complaint heretofore filed and served upon the defendant, in accordance with the provisions of Rule 55(b)(2), Federal Rules of Civil Procedure.

Plaintiff will rely upon the annexed Memorandum of Law, together with the materials attached hereto, in support of this Motion.

MEMORANDUM OF LAW FOR DEFAULT FINAL JUDGMENT

1. As more fully set forth in the Declaration for Entry of Default filed on behalf of Plaintiff herein, the defendant has been duly served with the Plaintiff's Summons and Complaint in accordance with provisions of Rule 4(c)(1), Federal Rules of Civil Procedure, and has failed to answer or otherwise formally respond within the time period prescribed by Rule 12(a) Federal Rules of Civil Procedure.

2. On February 21, 2013, the default of the defendant was entered by the Clerk of this Court [D.E. #6]. A copy of the default is attached hereto as Exhibit "A". Additionally, on February 21, 2013, Defendant filed a Motion to Dismiss [D.E. #7]. Said motion was denied on March 3, 2013 [D.E. #10] and Defendant was provided 21 days to file an answer. Defendant did not file an answer and that time period expired on April 4, 2013.

3. Pursuant to the provisions of Rule 55(b)(2), Federal Rules of Civil Procedure, this court is empowered to enter default judgment against the defendant for relief sought by Plaintiff in its complaint, and written notice of this action has been given to the defendant.

4. Attached hereto and made part hereof is a copy of an Affidavit of Amount Due or Certificate of Indebtedness, duly sworn to and subscribed, prepared and submitted on behalf of the Department of Education, an agency of the United States of America, on whose behalf this action is brought. See Exhibit "B". The original affidavit was filed with the complaint. As of April 12, 2013 there is due and owing to Plaintiff from defendant the sum of $61,096.92 consisting of $54,434.92 unpaid principal, plus $6,662.00 in accrued interest at the rate of 2.470% for (Claim No. 2010A84082) together with interest thereafter to the date of entry of judgment per year in accordance with the provisions of 4 C.F.R. §102.11, and together with costs taxed in accordance with the provisions of 28 U.S.C. §1920, as specified by 28 U.S.C. §1921 and §3011, as set forth in the attached Bill of Costs.

WHEREFORE, Plaintiff requests the entry of default judgment against defendant, Mark J. Hanna, for the amounts due and owing to it, and has attached hereto a proposed form of Default Judgment.

## BILL OF COSTS

1. Plaintiff, the United States of America, is entitled to recover of defendant, Mark J. Hanna, as its costs in this proceeding, the following statutory costs for the litigation of this action, and makes no claim for fees, disbursements or costs other than as set forth:

A. Fee for Service and Travel,
   per 28 U.S.C. Sec. 1921                              25.00

CASE NO.: 13-CV-80060-MARRA/MATTHEWMAN

B.  Debt Collection Surcharge of 10%,
    per 28 U.S.C. Sec. 3011                                6,109.69

                    TOTAL                                 $6,134.69

I, Steven M. Davis, do hereby certify that the statements and allegations set forth in the foregoing Motion, Memorandum and Bill of Costs are true and accurate to the best of my knowledge and belief.

Dated: April 12, 2013
       Miami, Florida

Respectfully submitted,

_____
Steven M. Davis,
(Florida Bar No. 894249)
Email: sdavis@becker-poliakoff.com
121 Alhambra Plaza – 10th Floor
Coral Gables, FL 33134
Telephone: (305) 262-4433
Facsimile: (305) 442-2232
Attorneys for Plaintiff
United States of America

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that true and correct copies of the foregoing was served by Regular US Mail on 12 day of April, 2013 on all parties on the attached service list.

_____
Steven M. Davis

CASE NO.: 13-CV-80060-MARRA/MATTHEWMAN

## SERVICE LIST

Mark J. Hanna
5 Sailfish Lane
Ocean Ridge, FL 33435

Case 9:13-cv-80060-KAM   Document 6   Entered on FLSD Docket 02/21/2013   Page 1 of 1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

### CLERK'S DEFAULT

United States of America                    CASE NO. 13-CV-80060-KAM

       Plaintiff(s),

v.

Mark J. Hanna

|  |
|---|
| FILED by __LS__ D.C. |
| Feb 21, 2013 |
| STEVEN M. LARIMORE<br>CLERK<br>U.S. DIST. CT.<br>S.D. OF FLA. |

       Defendant(s).
_____/

It appearing that the defendant(s) herein, Mark J. Hanna, is in default for failure to appear, answer or otherwise plead to the complaint filed herein within the time required by law. Default is hereby entered against defendant(s) Mark J. Hanna, as of course, on this date February 21, 2013.

                    **STEVEN M. LARIMORE**
                    CLERK OF COURT

              By:   *Lisa J. Streets*
                      Deputy Clerk

cc:  Hon. Kenneth A. Marra
      Counsel of Record
      Mark J. Hanna
      5 Sailfish Lane
      Ocean Ridge, FL 33435


EXHIBIT A

U. S. DEPARTMENT OF EDUCATION
SAN FRANCISCO, CALIFORNIA

CERTIFICATE OF INDEBTEDNESS #1 OF 1

Mark J. Hanna

I certify that U.S. Department of Education records show that the borrower named above is indebted to the United States in the amount stated below plus additional interest from 07/21/10.

On or about 03/31/99, the borrower executed a promissory note to secure a Direct Consolidation loan from the U.S. Department of Education. This loan was disbursed for $64,537.57 on 04/06/99 at a variable rate of interest to be established annually. The loan was made by the Department under the William D. Ford Federal Direct Loan Program under Title IV, Part D of the Higher Education Act of 1965, as amended, 20 U.S.C. 1087a et seq. (34 C.F.R. Part 685). The Department demanded payment according to the terms of the note, and the borrower defaulted on the obligation on 07/25/09. Pursuant to 34 C.F.R. § 685.202(b), a total of $767.86 in unpaid interest was capitalized and added to the principal balance.

The Department has credited a total of $41,711.26 in payments from all sources, including Treasury Department offsets, if any, to the balance. After application of these payments, the borrower now owes the United States the following:

| | |
|---|---|
| Principal: | $54,434.92 |
| Interest: | $3,007.80 |
| Total debt as of 07/21/10: | $57,442.72 |

Interest accrues on the principal shown here at the current rate of 2.47 percent and a daily rate of $3.68 through June 30, 2011, and thereafter at such rate as the Department establishes pursuant to Section 455(b) of the Higher Education Act of 1965, as amended, 20 U.S.C. 1087e.

Pursuant to 28 U.S.C. § 1746(2), I certify under penalty of perjury that the foregoing is true and correct.

Executed on: 9/4/10

Alberto Francisco
Loan Analyst Senior Loan Analyst
Litigation Support

EXHIBIT B

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
CASE NO.: 13-CV-80060-MARRA/MATTHEWMAN

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>MARK J. HANNA, )<br>)<br>Defendant. )<br>) | **DECLARATION FOR ENTRY OF**<br>**DEFAULT JUDGMENT** |

Steven M. Davis, hereby applies to the Court for entry of a default judgment against defendant Mark J. Hanna and declares as follows:

1. I am private counsel for the Southern District of Florida and in that capacity have been assigned to represent the interests of Plaintiff in the above captioned matter.

2. I hereby make application to this Court for entry of a default judgment as to defendant, Mark J. Hanna, pursuant to Rule 55(a), Federal rules of Civil Procedure, and in support of this application state as follows:

   a) The defendant was personally served with copies of Plaintiff's Summons and Complaint as provided by Rule 4(c)(1), Federal Rules of Civil Procedure.

   b) The defendant is neither an infant nor an incompetent person requiring special service in accordance with Rule 4(g), Federal Rules of Civil Procedure, and is not serving with the armed forces of the United States entitled to the protection of 50 U.S.C. App. Section 520.

   c) The defendant has neither answered nor otherwise responded formally to the Plaintiff's Summons and Complaint, and the time to do so has expired, pursuant to Rule 12(a), Federal Rules of Civil Procedure.

d) Defendant's default was entered by the Clerk of the Court on February 21, 2013.

3. The amount owed by defendant is calculated as follows: Principal of $54,434.92, plus $6,662.00 in accrued interest at the rate of 2.470% through April 12, 2013 for (Claim No. 2010A84082) in accordance with the supporting documentation attached as Exhibit "B" to Plaintiff's Motion for Entry of Default Final Judgment, per annum to the date of this judgment, together with the sum of $25.00 in taxed costs, and a 10% Debt Collection Surcharge pursuant to 28 U.S.C. §3011 of $6,109.69. Total due as of April 12, 2013 is $67,231.61.

4. Defendant is not entitled to any credits to his account from the date the complaint was filed until date hereof.

WHEREFORE, Plaintiff requests the Court to enter the judgment against defendant and in favor of Plaintiff in the amount of $67,231.61, plus interest at the rate of 2.470% per annum through April 12, 2013 for (Claim No. 2010A84082) to date of judgment and post judgment interest at the legal rate pursuant to 28 U.S.C. §1961.

I, Steven M. Davis, do hereby certify under penalty of perjury, pursuant to 28 U.S.C. §1746(2) that the above statements are true and accurate to the best of my knowledge and belief.

Dated: April 12, 2013
Miami, Florida

Respectfully submitted,

Steven M. Davis,
(Florida Bar No. 894249)
Email: sdavis@becker-poliakoff.com
121 Alhambra Plaza - 10th Floor
Coral Gables, FL 33134
Telephone: (305) 262-4433
Facsimile: (305) 442-2232
Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
CASE NO.: 13-CV-80060-MARRA/MATTHEWMAN

UNITED STATES OF AMERICA, )
)
        Plaintiff, )
v. )
)
MARK J. HANNA, )
) **DEFAULT FINAL JUDGMENT**
        Defendant. )
)

    This matter having come before the Court upon Plaintiff, United States of America's Motion for Entry of Default Final Judgment against defendant, Mark J. Hanna, and the Court having reviewed the pleadings submitted on behalf of the Plaintiff, and having further noted the entry of default as to the defendant for failure to answer or otherwise plead to the Summons and Complaint served by the Plaintiff, and for good cause shown, it is hereby

    ORDERED AND ADJUDGED that judgment is hereby entered in favor of Plaintiff, the United States of America, and against defendant, Mark J. Hanna, upon the Complaint herein, and it is further

    ORDERED AND ADJUDGED that Plaintiff recover of the defendant, Mark J. Hanna, the sum of $61,096.92, consisting of $54,434.92 unpaid principal, plus $6,662.00 in accrued interest at the rate of 2.470% through April 12, 2013 for (Claim No. 2010A84082) in accordance with the supporting documentation attached as Exhibit "B" to Plaintiff's Motion for Entry of Default Final Judgment, per annum to the date of this judgment, together with the sum of $25.00 in taxed costs, and a 10% Debt Collection Surcharge pursuant to 28 U.S.C. §3011 of $6,109.69, for a grand total of $67,231.61 for all of which sums let execution issue. It

is further

ORDERED AND ADJUDGED that this judgment shall bear interest at the rate as prescribed by 28 U.S.C. §1961, and shall be enforceable as prescribed by 28 U.S.C. §2001, et seq., 28 U.S.C. §3001-3307, and Rule 69(a), Federal Rules of Civil Procedure. Plaintiff's address is: United States Attorney's Office, Southern District of Florida, 99 N.E. 4th Street, Miami, FL 33132. Defendant's address is: Mark J. Hanna, 5 Sailfish Lane, Ocean Ridge, Florida 33435.

DONE AND ORDERED in Chambers, in _____, FL, this _____ day of _____, 2013.

**KENNETH A. MARRA**
**UNITED STATES DISTRICT JUDGE**

cc: Steven M. Davis, Esq. (Two Certified Copies)
Mark J. Hanna, Pro Se