UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 13-CV-80060-MARRA/MATTHEWMAN

UNITED STATES OF AMERICA,

    Plaintiff,

v.

MARK J. HANNA,

    Defendant,
_____/

## RESPONSE TO DEFENDANT'S ANSWER AND AFFIRMATIVE DEFENSES

Plaintiff, UNITED STATES OF AMERICA, by and through its undersigned counsel files this Response to Defendant's Answer and Affirmative Defenses. Plaintiff, United States of America, denies each and every one of Defendant's affirmative defenses. Attached hereto as Exhibit "A" is the signed promissory note executed by Defendant, Mark J. Hanna.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on 22 April 2013, a true and correct copy of the forgoing has been furnished by mail to: Mark J. Hanna, 5 Sailfish Lane, Ocean Ridge, Florida 33435.

    Becker & Poliakoff, P.A.
    Attorneys for Plaintiff
    121 Alhambra Plaza, 10th Floor
    Coral Gables, FL 33134
    (305) 262-4433 Telephone
    (305) 442-2232 Facsimile
    E-mail: Sdavis@becker-poliakoff.com

    By: /s/ Steven M. Davis
    Steven M. Davis (FBN:894249)

# Direct Loans
**William D. Ford Federal Direct Loan Program**

182588757

## Federal Direct Consolidation Loan
### Promissory Note

2065944
RPN112

OMB No 1840-0693
Form Approved
Exp Date 1/31/99

**WARNING:** Any person who knowingly makes a false statement or misrepresentation on this form shall be subject to penalties which may include fines, imprisonment, or both, under the U.S. Criminal Code and 20 U.S.C. 1097.

## Section A: Borrower Information (Completed by U.S. Department of Education)

MARK J. HANNA
217 VIA D'ESTE #1809
DELRAY BEACH, FL  33445

If any of the preprinted personal information is incorrect, check here ☐, put a line through any incorrect information, enter it correctly below, and initial the correction.

Borrower's SSN: 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
Spouse's SSN (if applicable): 

Borrower's Name: MARK J. HANNA
Spouse's Name (if applicable): 
Permanent Street Address: 217 VIA D'ESTE #1809
City, State, Zip Code: DELRAY BEACH, FL  33445
Home Area Code / Telephone Number: (561) 638-7795

## Section B: Loans Consolidated

| Loan Identification Number | Loan Type | Amount |
|---|---|---|
|  | Direct Subsidized Consolidation Loan |  |
| 182588757U99G77778101  01 | Direct Unsubsidized Consolidation Loan | $65,830.36 |
|  | Direct PLUS Consolidation Loan |  |
| Total | Direct Consolidation Loan | $65,830.36 |

## Section C: Promissory Note (Continued on reverse side)
*To be completed and signed by borrower and spouse, if applicable.*

**Promise to Pay:**

I promise to pay to the U.S. Department of Education (ED) all sums (hereafter "loan" or "loans") disbursed under the terms of this Promissory Note to discharge my prior loan obligations, plus interest, and other fees that may become due as provided in this Promissory Note. If I fail to make payments on this Promissory Note when due, I will also pay collection costs including attorney's fees and court costs. I understand that ED will on my behalf send funds to the holder(s) of the loan(s) in order to pay off this loan(s). I further understand that the amount of this loan equals the sum of the amount(s) that the holder(s) of the loan(s) verified as the payoff balance(s) on that loan(s) selected for consolidation. My signature on this Promissory Note will serve as my authorization to pay off the balance(s) of the loan(s) selected for consolidation as provided by the holder(s) of such loan(s).

I understand that the total amount of this loan may exceed the amounts listed above under Loans Consolidated if I do not continue to make monthly payments to my current loan holder(s) until the time I am notified that my Federal Direct Consolidation Loan has been made or because of collection costs or additional interest that may accrue after the date this Promissory Note was prepared. I understand that I am obligated to repay these additional amounts under the terms of this Promissory Note.

I understand that this is a Promissory Note. I will not sign this Promissory Note before reading it, including the text on the reverse side, even if I am advised not to read the Promissory Note. I am entitled to an exact copy of this Promissory Note and a statement of the Borrower's Rights and Responsibilities. My signature certifies that I have read, understand, and agree, to the terms and conditions of this Promissory Note, including the Borrower Certification and Authorization printed on the reverse side and the accompanying Borrower's Rights and Responsibilities.

If consolidating jointly with my spouse, we agree to the same terms and conditions contained in the Borrower Certification and Authorization. In addition, we confirm that we are legally married to each other and understand and agree that we are and will continue to be held jointly and severally liable for the entire amount of the debt represented by the Federal Direct Consolidation Loan without regard to the amounts of our individual loan obligations that are consolidated and without regard to any change that may occur in our marital status. We understand that this means that one of us may be required to pay the entire amount due if the other is unable or refuses to pay. We understand that the Federal Direct Consolidation Loan we are applying for will be cancelled only if both of us qualify for cancellation. We further understand that we may postpone repayment of the loan only if we provide ED with a written request that confirms Federal Direct Consolidation Loan Program deferment or forbearance eligibility for both of us.

**I UNDERSTAND THAT THIS IS A FEDERAL LOAN THAT I MUST REPAY.**

Signature of Borrower: [signed]   Date: 3/31/99
Signature of Spouse (if consolidating jointly): ___   Date: ___

RECEIVED APR 05 1999

EXHIBIT A

**Direct Loans**
William D. Ford Federal Direct Loan Program

**Federal**

The borrower identified in Item 3 of this Verification Loan Program) enables borrowers to apply for listed in the instructions on the back of this certificate. Direct Consolidation Loan Application and Promissory Note. The information provided is accurate, complete

**Certificate** 1938608 VCT114

OMB No. 1840-0693
Form Approved
Exp Date 3/31/99
2/25/99

ect Consolidation Loan Program (Direct Consolidation 65, as amended. Loans that may be consolidated are n(s) selected for consolidation. As part of the Federal education loan(s) listed in Item 5. Please confirm that ck of this certificate.

5005497195000 6754    0000433714968

For information or assistance when completing this certificate,

(1) Holder/Servicer Information       00000 28660
Holder/Servicer is: ☐ Lender    ☐ Guarantor
(check only one)   ☒ Servicer for Lender  ☐ Servicer for Guarantor

Name ___PENNSYLVANIA HIGHER ED ASSIST AGENCY-PL___
Street ___ATTENTION: TERESA WILLIA  PO BOX 8155___
City, State, Zip Code __HARRISBURG__ PA __17105-8155__
Area Code/Telephone # (800)446-8210
Area Code/Fax # ( )
(4) Certification Date __03/11/99__

(3) Borrower Information   -557-7392

Name __MARK J. HANNA__
Social Security # __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__
Street __217 VIA D'ESTE #1809__
City, State, Zip Code __DELRAY BEA__ FL __33445__
Area Code/Telephone # __(561)638-7795__

(2) Institution and Address to which payoff amount should be sent (if different from Item 1)

Name ___PHEAA___
Street ___1200 N 7th Street___
City, State, Z ___Harrisburg, PA 17102-3387___
Area Code/Te ___717 720 3387___
Area Code/Fa ___717 720 3931___
Contact's Name ___Teresa Williams___

182588757

See the reverse side for instructions.

| (5) Acct ID | Account Number | (6) Loan Type | (7) Interest Rate (%) | (8) Principal Balance Outstanding | (9) Interest thru Certification Date (Item 4) | (10) Fees and Late Charges | (11) Collection Costs | (12) Total Due | (13) Total Payoff Amount | (14) First/Only Disbursement Date | (15) In-School Period (Yes/No) | (16) ED School Code | (17) Anticipated/Actual Completion Date | (18) Defaulted (Yes/No) | (19) Satisfactory Repayment Arrangement (Yes/No) | (20) Judgment (Yes/No) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| #1 | 182588757 | J | 9.00 | 65,029.23 | 144.31 | N/A | N/A | 65,173.54 | | 2/12/97 | N | 001468 | 5/31/93 | N | | N |
| #2 | | | | | | | | | | | | | | | | |
| #3 | | | | | | | | | | | | | | | | |
| #4 | | | | | | | | | | | | | | | | |
| #5 | | | | | | | | | | | | | | | | |
| #6 | | | | | | | | | | | | | | | | |

(13) Total Payoff Amount  65,173.54

(21) Additional Comments ___

(22) Holder/Servicer Certification: I certify that: (1) To the best of my knowledge and belief, the information on this certificate is accurate and complete; (2) Each loan identified above is a legal, valid, and binding obligation of the borrower; (3) Each such loan was made and serviced in compliance with all applicable laws and regulations; and (4) In the case of Federal Stafford Loans (subsidized and unsubsidized (GSL)), Federal PLUS Loans, Federal Supplemental Loans for Students (SLS) (and Auxiliary Loans to Assist Students (ALAS)), and Federal Insured Student Loans (FISL), the insurance on each such loan is in full force and effect. The loan amount(s) confirmed includes the amount(s) necessary to discharge the loan(s). This certificate will be relied on by the U.S. Department of Education in paying off the listed loan(s).

_[signature]_    Keycorp Trust    03/11/99
Signature of Authorized Official    Holder/Servicer Name    Date
Jeffry A. Burst    (717)720-3387    _[signature]_
Name and Title of Authorized Official (Please Print)    Area Code/Telephone Number