UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 13-80060-CIV-MARRA

UNITED STATES OF AMERICA,

Plaintiff,

vs.

MARK J. HANNA,

Defendants.
_____/

**<u>ORDER</u>**

This cause is before the Court *sua sponte*.

1) This case is set for trial on the two-week calendar commencing Monday, July 15, 2013 at 9:00 a.m. Counsel for all parties shall appear at a calendar call commencing Friday, July 12, 2013 at 10:00 a.m. Unless instructed otherwise by subsequent order, the trial and all other proceedings in this case shall be conducted at the U.S. Courthouse, 701 Clematis Street, Courtroom 4, Third Floor, West Palm Beach, Florida.

2) Dates and other agreements between the parties not otherwise addressed herein shall be considered part of this Order. To the extent this Order conflicts with the Local Rules, this Order supercedes the Local Rules.

   Substantive Pretrial Motions – May 13, 2013

   Mandatory Pretrial Stipulation – Fifteen days before calendar call

   Motions in Limine – Fifteen days before calendar call

   Responses to Motions in Limine – Ten days before calendar call

        Jury Instructions – Five days before calendar call

        Proposed Findings & Conclusions – Five days before calendar call

        Voir Dire Questions – Calendar call

        Exhibit List for Court – First day of Trial (2 copies)

        (impeachment excepted)

        Witness List for Court – First day of Trial (2 copies)

        (impeachment excepted)

3)     The parties must meet at least one month prior to the beginning of the trial period to confer on the preparation of a Pretrial Stipulation in accordance with Local Rule 16.1E.

A Pretrial Stipulation lacking substance will not be accepted. Any party causing a unilateral pretrial stipulation to be filed will be required to show cause why sanctions should not be imposed. Each attorney and each self-represented party is charged with the duty of complying with this Order. A motion for continuance shall not stay the requirement for the filing of the Pretrial Stipulation and, unless an emergency situation arises, or good cause is shown, a motion for continuance will not be considered unless it is filed at least twenty (20) days prior to the calendar call. Failure to comply with the time schedule may result in dismissal or other sanctions.

4)     Exhibits must be pre-marked and exchanged prior to execution of the Pretrial Stipulation. Each exhibit should be marked with a sticker identifying the **case number, exhibit number, and party offering the exhibit**.

5)     In cases tried before a jury, each party shall submit joint, stipulated proposed jury

instructions and a joint, stipulated proposed verdict form in hard copy form and **e-mailed in Word or Wordperfect format to marra@flsd.uscourts.gov** . All requested instructions shall be typed on a separate page, double spaced and except for Eleventh Circuit Pattern instructions, must be supported by citations of authority. Any objections to the proposed instructions shall be stated clearly and concisely and also shall be supported by citations of authority.  In cases tried before the Court, each party shall file proposed Findings of Fact &  Conclusions of Law in hard copy form and e-mailed to the above address in Word or Wordperfect format. Proposed Conclusions of Law must be supported by citations of authority.

**DONE AND ORDERED** in Chambers at West Palm Beach, Palm Beach County, Florida, this 22nd day of April, 2013.

                                                                     KENNETH A. MARRA
                                                                     United States District Judge