UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 13-80060-CIV-MARRA

UNITED STATES OF AMERICA,

Plaintiff,

vs.

MARK J. HANNA,

Defendant.
_____/

**ORDER**

This cause is before the Court upon Plaintiff's Motion for Summary Judgment, filed May 8, 2013 (DE 17). this Court hereby gives notice to Defendant that this Court will begin considering the Motion on **June 10, 2013**.

Defendant may wish to consult Federal Rule of Civil Procedure 56, Southern District of Florida Local Rule 56.1(b), and Celotex Corp. v. Catrett, 477 U.S. 317 (1986). Federal Rule of Civil Procedure 56(c) provides that summary judgment "shall be rendered forthwith if the pleadings, depositions, answers to interrogatories, and admissions on file, together with the affidavits, if any, show that there is no genuine issue of material fact and that the moving party is entitled to judgment as a matter of law." Fed. R. Civ. P. 56(c).  In response to a motion for summary judgment, a party must "go beyond the pleadings and by its own affidavits, or by the 'depositions, answers to interrogatories, and admissions on file,' designate 'specific facts showing that there is a genuine issue for trial.' "  Celotex, 477 U.S. at 324; see also Fed. R. Civ. P. 56(e). In other words, in order to overcome a motion for summary judgment, a party must show there is a genuine issue for trial using affidavits, depositions, answers to interrogatories, and/or

admissions on file.  Additionally, Local Rule 56.1 requires that opposing parties submit a concise statement of material fact which reflects there is a genuine issue to be tried.

Accordingly, if he has not already done so, Defendant shall file the following items with this Court by **May 29, 2013**:  (1) a memorandum of law in opposition to the Motion; (2) necessary sworn affidavits and other material in opposition to the Motion; and (3) a concise statement of material fact which contends there is a genuine issue to be tried.  If Defendant fails to submit the necessary sworn affidavits or the concise statement of material fact, this Court will accept all material facts set forth in the Motion as true in accordance with Local Rule 56.1(b).  If this Court grants the Motion for Summary Judgment, final judgment shall be entered against the Defendant without a full trial.  If Defendant <u>does</u> file a response, Plaintiff may file a reply thereto consistent with the Local and Federal Rules of Civil Procedure.

**DONE AND ORDERED** in Chambers at West Palm Beach, Palm Beach County, Florida, this 9th day of May, 2013.

_____
KENNETH A. MARRA
United States District Judge