UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.: 13-CV-80060-MARRA

UNITED STATES OF AMERICA,     )
                              )
            Plaintiff,        )
                              )
v.                            )
                              )
MARK J. HANNA,                )
                              )
            Defendant.        )
                              )
_____)

## AFFIDAVIT OF INTEREST CALCULATIONS

STATE OF FLORIDA         :

COUNTY OF MIAMI-DADE  :

Steven M. Davis, personally appeared before me this 24 day of June, 2013, and having taken an oath, stated that he has personal knowledge of the facts set forth herein, and that the information contained herein is true and correct. He is personally known to me and states as follows:

1.  I am counsel for the Plaintiff in the above-styled matter.

2.  This Affidavit is based upon the loan payment records relating to the matter alleged in the Complaint filed January 18, 2013 [D.E. #1].

3.  I hereby declare that as of June 24, 2013 additional interest owed is as follows, per Affidavit of Alberto Francisco:

    (A) Principal                                                  $ 54,434.92

    (B) Accrued Interest from July 25, 2009
    through July 21, 2010 at 2.47%
    per annum ($3.68/day)                                          $ 3,007.80

CASE NO.: 13-CV-80060-MARRA

(C) Additional Interest for 1,069 days at $3.68/day     $ 3,934.32

Total Principal and Interest     $ 61,376.88

Interest will continue to accrue on the Principal Balance at the current rate of 2.47% per annum, at the per diem rate of $3.68, from June 24, 2013, through the date of the entry of the final judgment.

I personally calculated the additional interest and it is consistent with Department of Education calculations and records. The records also reflect no additional payments have been made. I certify under penalty of perjury under the laws of the United States that the foregoing is true and correct.

DATED ON June 24, 2013

FURTHER AFFIANT SAYETH NAUGHT.

_____
STEVEN M. DAVIS, ESQ.

SWORN TO AND SUBSCRIBED before me this ____ day of June, 2013, by Steven M. Davis.

_____
NOTARY PUBLIC, STATE OF FLORIDA

_____
**Printed Name of Notary Public**

My Commission Expires:



CARLOS A. GARCIA
MY COMMISSION # EE 204240
EXPIRES: July 7, 2016
Bonded Thru Notary Public Underwriters