UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 13-80060-CIV-MARRA

UNITED STATES OF AMERICA,

Plaintiff,

vs.

MARK J. HANNA,

Defendant.
_____/

## JUDGMENT

Based upon the previously entered order granting summary judgment for Plaintiff (DE 19) and the recently submitted affidavit of interest calculations (DE 20).

Judgment is hereby entered on behalf of Plaintiff United States of America in the amount of $61,424.72 and against Defendant Mark J. Hanna.  The Judgment shall bear interest at the rate of 0.15% per annum from the date of this Judgment, for which let execution issue.

The Clerk shall close this case and all pending motions are denied as moot.

**DONE AND ORDERED** in Chambers at West Palm Beach, Palm Beach County, Florida, this 9th day of July, 2013.

_____
KENNETH A. MARRA
United States District Judge